1   Susan St. Vincent
2   Acting Legal Officer
    Matthew McNease
3   Acting Legal Officer
    NATIONAL PARK SERVICE
4   Legal Office
    P.O. Box 517
5   Yosemite, California  95389
    Telephone:  (209) 372-0241
6

7

8

9                           UNITED STATES DISTRICT COURT

10                          EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,              DOCKET NO: 6:14-mj-006-MJS

13                  Plaintiff,

14          v.                              **MOTION TO VACATE STATUS
                                            CONFERENCE AND DISMISS; AND
15   JUSTIN UNDERWOOD,                       ORDER THEREON**

16                  Defendant.

17

18

19          Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

20   Court endorsed hereon, the United States hereby moves the Court for an order of

21   dismissal without prejudice in the interest of justice. UNDERWOOD entered into a

22   deferred prosecution agreement with the Government and has fully complied with the

23   terms of the agreement.  Currently, a Status Conference is set for January 6, 2015 for

24   the above matter. The Government respectfully requests it be vacated.

25   //

26   //

27   //

28
                                        1

1    Dated:  December 11, 2014          NATIONAL PARK SERVICE

2

3                                        /S/ Matthew McNease_____
                                         Matthew McNease
4                                        Acting Legal Officer

5                            **ORDER**

6

7        Upon application of the United States, and good cause having been shown

8   therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v.*

9   *Justin Underwood*, 6:14-mj-006-MJS, be dismissed, without prejudice, in the interest of

10  justice, and the Status Conference currently set for January 6, 2015, be vacated.

11
    IT IS SO ORDERED.
12

13      Dated:   December 12, 2014        /s/ *Michael J. Seng*

14                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                2